GLOVER, Respondent, v. H. P. NELSON CO., Appellant.   (Appeal No. 1.)   (Supreme Court, Appellate Division, Second Department. February 14, 1913.)   Action by Charles A. Glover against H. P. Nelson Company.

PER CURIAM.   Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the ground that the complaint on which the warrant of attachment here-

in is based does not state a cause of action. See Glover v. H. P. Nelson Co., 140 N. Y. Supp. 1120, decided herewith.